# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*In re*: David L. Thompson,
Attorney at Law, Bar No. 1102

Case No. 2:24-ms-00055-APG

**ORDER OF SUSPENSION**

Attorney David L. Thompson, State Bar No. 1102, was suspended by the Supreme Court of Nevada on July 2, 2024. On October 29, 2024, the court ordered Mr. Thompson to show cause why this court should not impose reciprocal discipline and suspend him. ECF No. 1. The OSC provided Mr. Thompson with 30 days to respond with reasons why he should not be suspended. No response has been received. Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that David L. Thompson, Bar No. 1102, is suspended from practice in United States District Court for the District of Nevada.

DATED THIS 19th Day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 2 day of ___January___ 2025, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> David L. Thompson
> 775 Maplewood Dr.
> Reno, NV 89509

Certified Mail No.: 7020 3160 0000 7420 1902

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada